January 6, 1909.) Action by Charles H. Carter against the Village of Waterford, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

CASSIDY et al., Appellants, v. BECKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by John C. Cassidy, as trustee, etc., and others, against Dewitt C. Becker and another, impleaded, etc. No opinion. Judgment affirmed, with separate bills of costs to respondents appearing by separate attorneys.

CHASM POWER CO., Appellant, v. McCAGHEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by the Chasm Power Company against Peter B. McCaghey and others. No opinion. Motion granted, with costs for serving amendments to proposed case and $10 costs of this motion.

CHMILINSKI, Appellant, v. PYLA, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Constanty Chmilinski against Joseph Pyla. No opinion. Judgment of the County Court of Nassau county affirmed, with costs.

CHRISTIAN FEIGENSPAN, Appellant, v. STRZELWICZ et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Christian Feigenspan, a corporation, against Max Strzelwicz and another.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SPRING, J., not sitting.

CITIZENS' NAT. BANK OF SARATOGA SPRINGS, Respondent, v. GARDNER et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by the Citizens' National Bank of Saratoga Springs, N. Y., against Fred M. Gardner and another. No opinion. Judgment unanimously affirmed, with costs.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CLEMENT, State Excise Com'r, Respondent, v. BERO et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Maynard N. Clement, as State Commissioner of Excise of the State of New York, against Margaret E. Bero and another.
PER CURIAM. Judgment affirmed, with costs.
KELLOGG and SEWELL, JJ., dissent.

CLINTON, Respondent, v. MUNSON S. S. LINE, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by John Clinton against the Munson Steamship Line. No opinion. Motion for reargument granted, and case set down for Tuesday, March 2, 1909.

CLUNEY, Appellant, v. FORTY-FOURTH ST. & FIFTH AVE. BLDG. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by John Cluney against the Fourty-Fourth Street & Fifth Avenue Building Company, and others. M. L. Malevinsky, for appellant. J. C. Robinson, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

COBB v. PARKER. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Duane P. Cobb against Terry Parker. No opinion. Motion granted, with $10 costs. Order filed.

COHAN et al., Respondents, v. WALTER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by George M. Cohan and another against Eugene Walter and another. M. Fishel, for appellants. W. B. Hale, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHEN v. AMERICAN SURETY CO. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by J. Quintus Cohen against the American Surety Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 113 N. Y. Supp. 375, 383.

COHEN et al., Appellants, v. COHN, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by William Cohen and others against Rebecca Cohn, as executrix. J. Manheim, for appellants. S. H. Herman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COLONIZERS' REALTY CO., OF BROOKLYN, N. Y., v. SHATZKIN et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the Colonizers' Realty Company of Brooklyn, N. Y., against Nahum J. Shatzkin and others. No opinion. Order affirmed, with $10 costs and disbursements.

COMBS, Respondent, v. EMERSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Myron Combs against Louis W. Emerson and others. No opinion. Judgment and order unanimously affirmed, with costs.

COMISKY, Respondent, v. FRANCIS BROS. & JELLETT, Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by James Comisky against Francis Bros. & Jellett. F. Hulse, for appellants. M. S. Bevins, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.